## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WINDY LUCIUS,

    Plaintiff,

vs.   Case No. 8:22-cv-01738-KKM-CPT

SOUTHERN BRAS TAMPA LLC
d/b/a TERRA GAUCHA restaurant,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, SOUTHERN BRAS TAMPA LLC d/b/a TERRA GAUCHA restaurant, by and through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the above action, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Colleen M. Flynn* |
| J. Courtney Cunningham, Esquire | Colleen M. Flynn, Esquire |
| FBN 628166 | FBN 0190470 |
| J. COURTNEY CUNNINGHAM, PLLC | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP |
| 8950 SW 74th Court, Suite 2201 | 911 Chestnut Street |
| Miami, FL 33156 | Clearwater, FL 33756 |
| Phone: 305-351-2014 | Phone: 727-461-1818 |
| E-Mail: cc@cunninghampllc.com | Facsimile: 727-441-8617 |
| Attorney for Plaintiff | E-mail: colleenf@jpfirm.com |
| | E-mail: cherylp@jpfirm.com |
| | Attorney for Defendant |
| Dated: 11/28/22 | Dated: 11/28/22 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic filing CM/ECF this 28th day of November 2022 to:

J. Courtney Cunningham, Esquire
J. Courtney Cunningham, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL  33156
cc@cunninghampllc.com

                                                   By:   */s/ Colleen M. Flynn*
                                                         Colleen M. Flynn, Esquire

8375238_1